UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                 Case No. 15-15038-PGH
                                                                            Chapter 11
DENNIS F. ROSEBROUGH,

      Debtor.
_____/

## AMENDED NOTICE OF RULE 2004 EXAMINATION

Creditor, REGIONS BANK, through undersigned counsel, will examine Debtor, DENNIS F. ROSEBROUGH, under oath on **July 10, 2015 at 10:00 a.m.** at **OUELLETTE & MAULDIN, One Park Place Executive Suites, 621 N.W. 53rd Terrace, Suite 240, Boca Raton, FL 33487.** The examination may continue from day to day until completed.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be recorded by this method: **Court Reporter**. The scope of the examination shall be as described in Bankruptcy Rule 2004.

**Production**: Debtor, DENNIS F. ROSEBROUGH, must also bring with him to the examination the documents, electronically stored information, or objects described on the attached schedule, and must permit the inspection, copying, testing, or sampling of the materials.

    Respectfully submitted,
    **THE BEHAR LAW FIRM, P.A.**
    *Attorneys for Regions Bank*
    17501 Biscayne Boulevard, Suite 460
    Aventura, FL 33160
    Tel: (786) 735-3300
    Fax: (786) 735-3307
    hrb@beharlegal.com
    sms@beharlegal.com
    By: *s /Samuel M. Sheldon*
        **Samuel M. Sheldon**
        Florida Bar No. 54088

## CERTIFICATE OF ADMISSION

I certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: *s/ Samuel M. Sheldon*
    **Samuel M. Sheldon**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **July 7, 2015**, a true and correct copy of the **Amended Notice of Rule 2004 Examination** was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a notification to all parties of interest participating in the CM/ECF system and served via U.S. Mail, First Class to the following:

Dennis F. Rosebrough
2898 Polo Island Drive
Wellington, Florida 33414

Brett A. Elam, Esq., Counsel for Debtor
105 South Narcissus Avenue, Suite 802
West Palm Beach, Florida 33401
belam@brettelamlaw.com

Office of the U.S. Trustee
51 SW 1st Avenue, Suite 1204
Miami, Florida 33130

Frederic J. DiSpigna, Esq., Counsel for
The Bank of New York
1501 NW 49th Street, Suite 200
Fort Lauderdale, Florida 33309
frederic.dispigna@brockandscott.com

By: *s/ Samuel M. Sheldon*
    **Samuel M. Sheldon**

## **SCHEDULE**

1. Any and all statements for the last 5 years relating to the BB&T IRA listed on Schedule B [D.E. 26 at p. 5].

2. A copy of Debtor's 2014 filed tax return. If tax return not yet filed, a copy of Debtor's filed request for extension.

3. Any and all documents that evidence a cash value in any life insurance policy of yours and copies of all policies, whether term, whole life, or universal.

4. Copies of all checks, from January 1, 2013 through the present, written from any checking account for which Debtor is a signatory.

5. Copies of all statements, from January 1, 2013 through the present, for Debtor's savings account with account number ending in 6435.

6. Copies of account statements for the periods ending May 2015 and June 2015 for Debtor's checking account with account number ending in 8735.

7. Copies of the account statement for the period ending June 2015 for Debtor's savings account with account number ending in 3979.

8. Copies of all statements, from inception through the present, for Debtor's checking account with account number ending in 8236.

9. Copies of all statements, from inception through the present, for the savings account with account number ending in 6287, for which Debtor is a signatory.

10. Copies of any and all balance sheets prepared in the last 12 months for Portable Medical Diagnostics, LLC and Portable Medical Diagnostics, Inc. If, for a given entity, no balance sheets have been prepared in the last 12 months, then a copy of the most recent balance sheet.