UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

DENNIS F. ROSEBROUGH,   Case No.: 15-15038-BKC-EPK

   Debtor.   Chapter 11

_____/

## UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE

Guy G. Gebhardt, Acting United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112(b), respectfully moves this Court to enter an order converting or dismissing this case, and in support hereof states as follows:

## BACKGROUND

1. On March 19, 2015, Dennis F. Rosebrough (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. The Debtor owns real property and a business in South Florida.

3. The United States Trustee has not appointed a committee of unsecured creditors.

4. The meeting of creditors, pursuant to § 341, was held on June 4, 2015.

5. The Debtor has never filed a monthly operating report in this case.

## RELIEF REQUESTED

6. By way of this Motion, the United States Trustee seeks conversion or dismissal of this case. At present, the United States Trustee supports dismissal of this case as the best alternative.

7. Dismissal or conversion of chapter 11 cases is governed by § 1112(b), which provides that a bankruptcy court shall convert or dismiss a case, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

8. The term "cause" is not defined by the Bankruptcy Code, but § 1112(b) lists sixteen

examples of cause which justify conversion including, but not limited to, continuing losses or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; gross mismanagement of the estate; failure to maintain appropriate insurance that poses a risk to the estate or to the public; failure to comply with an order of the court; un-excused failure to satisfy timely any filing or reporting requirement established the Bankruptcy Code or by any rule applicable to the case under chapter 11; and, failure to timely provide information reasonably requested by the United States Trustee. The examples set forth in this subsection is meant to be nonexclusive. See In re Global Shipsystems, LLC, 391 B.R. 193, 205 (Bankr. S.D. Ga. 2007).

9. In this case, the record supports a finding of cause, at minimum, under § 1112(b)(4)(F). In particular, the Debtor has not filed the required monthly operating report.

WHEREFORE, the United States Trustee requests that the Court enter an order: i) converting or dismissing this case; and ii) granting such other and further relief as is deemed just and proper.

DATED: August 19, 2015.

        Guy G. Gebhardt
        Acting United States Trustee
        Region 21

        /s/
        Ariel Rodriguez, Trial Attorney
        Florida Bar No.: 160253
        U.S. Trustee's Office
        51 SW 1st Ave.
        Miami, FL 33130
        Phone: (305) 536-7285
        Fax: (305) 536-7360

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been served on the following parties on August 19, 2015, electronically through CM/ECF, on parties having appeared electronically in the instant matter and that a copy hereof shall be served by U.S. Mail, postage prepaid, on the following parties not appearing electronically:

Dennis F. Rosebrough
2898 Polo Island Drive
Wellington, FL 33414

/s/
Ariel Rodriguez, Trial Attorney