

**ORDERED in the Southern District of Florida on August 28, 2015.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                                  Case No. 15-15038-EPK

**DENNIS F. ROSEBROUGH,**                                          Chapter 11

     Debtor.
_____/

### ORDER DENYING MOTION FOR REVIEW OR REINSTATEMENT

THIS MATTER came before the Court for hearing on August 27, 2015 upon the *Debtor's Motion for Review of Order Denying Extension of Automatic Stay and/or Motion to Reinstate Chapter 11 Case/Vacate Dismissal Order [ECF 2015 ##45 & 62] and [ECF 2014 #77]* [ECF No. 80] (the "Motion") filed by Dennis F. Rosebrough (the "Movant").  For the reasons stated on the record at the hearing, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that the Motion [ECF No. 80] is DENIED.

###

Copies furnished to:

Brett Elam, Esq.

*Brett Elam, Esq. is directed to serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.*