UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

DENNIS F. ROSEBROUGH,                    Case No.: 15-15038-BKC-EPK

        Debtor.                          Chapter 11

_____/

## NOTICE OF WITHDRAWAL OF UNITED STATES TRUSTEE'S MOTION  TO CONVERT OR DISMISS CASE

Guy G. Gebhardt, Acting United States Trustee for Region 21, hereby filed this Notice of

Withdrawal of the United States Trustee's Motion to Convert or Dismiss (ECF #94).


DATED:  September 2, 2015.


                                    Guy G. Gebhardt
                                    Acting United States Trustee
                                    Region 21

                                    /s/_____
                                    Ariel Rodriguez, Trial Attorney
                                    Florida Bar No.: 160253
                                    U.S. Trustee's Office
                                    51 SW 1st Ave.
                                    Miami, FL 33130
                                    Phone: (305) 536-7285
                                    Fax: (305) 536-7360


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been served
on the following parties on September 2, 2015, electronically through CM/ECF, on parties having
appeared electronically in the instant matter and that a copy hereof shall be served by U.S. Mail,
postage prepaid, on the following parties not appearing electronically:


                                    /s/_____
                                    Ariel Rodriguez, Trial Attorney