

**ORDERED in the Southern District of Florida on September 11, 2015.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                            Case No.: 15-15038-BKC-PGH
                                                  Chapter 11 proceeding
ROSEBROUGH, DENNIS F.,

     Debtor.
_____/

### ORDER ON CREDITOR REGIONS BANK'S MOTION
### TO COMPEL DEBTOR TO PRODUCE DOCUMENTS

**THIS MATTER** came before the Court in West Palm Beach, Florida, for hearing on August 27, 2015, upon Creditor Regions Bank's ("**Regions**") Motion to Compel Debtor to Produce Documents and to Answer Questions from Rule 2004 Examination (the "Motion") [ECF No. 87], and the Court having reviewed the Motion and the file, heard argument of counsel, and being otherwise fully advised in the premise, it is

**ORDERED and ADJUGED:**

1. The Motion is **GRANTED-IN-PART**.

2. Debtor is hereby ordered to respond within ten (10) days to Regions' July 7, 2015 Amended Notice of Rule 2004 Examination.

3. The Motion, insofar as it seeks to compel answers to examination questions, is **DENIED-IN-PART** as moot.

###

Submitted by:

Samuel M. Sheldon
The Behar Law Firm, P.A.
Attorneys for Creditor Regions Bank
17501 Biscayne Blvd., Suite 460
Aventura, Florida 33160
Telephone: (786) 735-3300
Facsimile: (786) 735-3307

Copy to: Samuel Sheldon, The Behar Law Firm, 17501 Biscayne Blvd., Ste. 460, Aventura, FL 33160.
[Attorney Sheldon is directed to serve a copy of this Order upon all interested parties.]