**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                Case No. 15-15038-PGH
                                                                       Chapter 11

DENNIS F. ROSEBROUGH,

        Debtor.
_____/

## CERTIFICATE OF SERVICE

I certify that a true copy of the **Order on Creditor Regions Bank's Motion to Compel Debtor to Produce Documents** [D.E. 108], was served on September 15, 2015 to all parties on the attached mailing matrix (including any non-registered users or registered users who have yet to appear electronically) via U.S. Mail, First Class.

Dated: September 15, 2015

                                            Respectfully submitted,

                                            **THE BEHAR LAW FIRM, P.A.**
                                            *Attorneys for Regions Bank*
                                            17501 Biscayne Boulevard, Suite 460
                                            Aventura, FL 33160
                                            Tel: (786) 735-3300
                                            Fax: (786) 735-3307
                                            sms@beharlegal.com
                                            np@beharlegal.com

                                            By: *s /Samuel M. Sheldon*
                                              **Samuel M. Sheldon**
                                              Florida Bar No. 54088

## CERTIFICATE OF ADMISSION

I certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                            By: *s/ Samuel M. Sheldon*
                                              **Samuel M. Sheldon**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 15-15038-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue Sep 15 12:24:40 EDT 2015 | Palm Beach County Tax Collector<br>c/o Orfelia M Mayor Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Regions Bank<br>Regions Bank<br>c/o The Behar Law Firm, P.A.<br>17501 Biscayne Blvd<br>Suite 460<br>Aventura, FL 33160-4806 |
| The Bank of New York Mellon (fka The Bank of<br>BROCK & SCOTT, PLLC<br>1501 NW 49th Street, Suite 200<br>Fort Lauderdale, FL 33309-3723 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| City Ntl Bk/Ocwen Loan Service<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416-4738 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Regions Bank<br>Po Box 11007<br>Birmingham, AL 35288-0001 |
| Regions Bank<br>Post Office Box 10063<br>Birmingham, AL 35202-0063 | Regions Bank, NA<br>c/o Samuel Sheldon, Esq.<br>17501 Biscayne Boulevard<br>Suite 460<br>North Miami Beach, FL 33160-4806 | The Behar Law Firm, P.A.<br>17501 Biscayne Boulevard<br>Suite 460<br>North Miami Beach, FL 33160-4806 |
| The Behar Law Firm, P.A.<br>c/o Sam Sherldon, Esq.<br>17501 Biscayne Boulevard<br>Suite 460<br>Aventura, FL 33160-4806 | Brett A Elam Esq.<br>Farber + Elam, LLC<br>105 S. Narcissus Avenue<br>Suite 802<br>West Palm Beach, FL 33401-5530 | Dennis F Rosebrough<br>2898 Polo Island Drive<br>Wellington, FL 33414-7218 |
| Tina M Talarchyk<br>The Talarchyk Firm<br>205 Worth Avenue<br>Suite 320<br>Palm Beach, FL 33480-4618 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     1<br>Total                   16 | |