

**ORDERED in the Southern District of Florida on March 7, 2016.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                      Case No. 15-15038-EPK

**DENNIS F ROSEBROUGH,**                     Chapter 11

      Debtor.
_____/

### <u>ORDER GRANTING MOTIONS TO DISMISS</u>

**THIS MATTER** came before the Court for oral ruling on March 4, 2016 upon the *United States Trustee's Motion to Convert or Dismiss Case* [ECF No. 112] (the "UST Motion") and the *Creditor Regions Bank's Motion to Dismiss for Lack of Good Faith* [ECF No. 119] (the "Regions Motion"). For the reasons stated on the record, it is **ORDERED AND ADJUDGED** that:

1.    The Regions Motion [ECF No. 119] and UST Motion [ECF No. 112], to the extent it requests dismissal, are GRANTED.

2.    The UST Motion [ECF No. 112] is DENIED as moot to the extent it requests conversion of the case.

3.      This case is dismissed with prejudice to the filing of a petition under any chapter of the Bankruptcy Code for a period of 6 months from the date of this Order.

4.      The debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by the debtor.

5.      The debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

6.      The Court shall retain jurisdiction to enforce the provisions of this Order.


                                        ###

Copies furnished to:

All parties of record by the clerk of court